### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARGARET LYNN NOTTESTAD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:23-CV-02334-DDC-RES |
| THE J.M. SMUCKER COMPANY, | ) ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Margaret Lynn Nottestad and Defendant The J.M. Smucker Company ("the Parties") hereby jointly stipulate to the dismissal of this action as to all claims, with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: February 7, 2024

RESPECTFULLY SUBMITTED:

KJORLIE LAW OFFICE

*/s/ Eric Kjorlie*
Eric Kjorlie, KS #08065
Historic Tinkham Veale Place
SW Topeka Blvd.
Topeka, KS 66612-1608
P: (785) 232-6868
kjorlielaw@sbcglobal.net

***ATTORNEY FOR PLAINTIFF***

JACKSON LEWIS P.C.

*/s/ Karen R. Glickstein*
Karen R. Glickstein, KS #14036
Jessica M. McDowell, D. Kan. #78731
7101 College Blvd., Suite 1200
Overland Park, KS 66210
P: (913) 981-1018
F: (913) 981-1019
Karen.Glickstein@jacksonlewis.com
Jessica.McDowell@jacksonlewis.com

***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of February 2024, a true and accurate copy of the above and foregoing was filed via the Court's CM/ECF system which will provide email notification to the following counsel of record:

Eric Kjorlie
Kjorlie Law Office
Historic Tinkham Veale Place
827 SW Topeka Blvd.
Topeka, Kansas 66612
kjorlielaw@sbcglobal.net
Telephone: (785) 232-6868
Facsimile: (785) 232-6586

***ATTORNEY FOR PLAINTIFF***

                                                    */s/Karen R. Glickstein*
                                                ***AN ATTORNEY FOR DEFENDANT***

4868-0058-1795, v. 1